BOB DOUANDISH
Quimba Software, Inc
Four West Fourth Avenue
Suite A
San Mateo, CA 94402


JOSEPH P. RUSSONIELLO (SNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUIMBA SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GSA/FTS, <br><br> Defendant. | No. C 06-07213 MHP <br> **E-FILING CASE** <br><br> **DISMISSAL WITH PREJUDICE** |

    Pursuant to the Settlement Agreement and Release entered into between the parties in the above-captioned matter, the parties hereby stipulate and agree to dismiss this cause and action

/ / /

/ / /

/ / /

with prejudice.

IT IS SO STIPULATED:

Dated: 2/15/08    _____
BOB DOUANDISH
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 2/20/08   _____
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to stipulation IT IS SO ORDERED.

Dated: 2/26/2008    _____
HON. MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*